UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Warren Brumel, Esq. #018191980
*Attorney for Debtor*
65 Main Street • PO Box 181
Keyport, NJ 07735
732.264.3400
wbrumel@keyportlaw.com

In Re:

**DHAVAL Y. PUROHIT**

Case No.: 22-16869-CMG

Chapter 13

# NOTICE OF APPEARANCE

Please take notice in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of **creditor, Mira D. Purohit**. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Warren Brumel, Esq.
                           PO Box 181
                           Keyport, NJ 07735

    DOCUMENTS:

☐    All notices entered pursuant to Fed. R. Bankr.P. 2002
■    All documents and pleadings of any nature.

Dated: September 29, 2022                  */s/ Warren Brumel, Esq.*