UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Warren Brumel, Esq. #018191980
Attorney for Creditor, Mira D. Purohit
PO Box 181
Keyport, NJ 07735
732.264.3400
wbrumel@keyportlaw.com

In Re:

DHAVAL Y. PUROHIT

Case No.:  22-16869

Chapter:  13

Hearing Date:  11/16/2022

Judge:  CMG

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Doc #19 - Objection to Confirmation of Plan

Date: 11/10/2022

/s/ Warren Brumel
Signature

rev.8/1/15