UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC

In Re:

Dhaval Purohit,

Debtor.

Case No.:      22-16869-CMG

Chapter:              13

Hearing Date:      11/16/2022

Judge:              Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 22)

_____

Date: 11/11/2022                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*