Certificate Number: 05781-NJ-DE-036987921

Bankruptcy Case Number: 22-16869



05781-NJ-DE-036987921

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 18, 2022, at 2:17 o'clock PM PST, Dhaval Purohit completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   November 18, 2022                By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President