Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16869−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dhaval Y. Purohit
   1703 Azalea Drive
   North Brunswick, NJ 08902

Social Security No.:
   xxx−xx−5101

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/17/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 17, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 22-16869-CMG

Dhaval Y. Purohit      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Nov 17, 2022      Form ID: 148      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dhaval Y. Purohit, 1703 Azalea Drive, North Brunswick, NJ 08902-5550 |
| cr | | Mira D. Purohit, 1 Mink Run Ct, North Brunswick, NJ 08902-3151 |
| 519694035 | + | Middlesex County Sheriff Office, 701 Livingston Avenue, New Brunswick, NJ 08901-3345 |
| 519694036 | + | Mira Purohit, 1 Mink Run Court, North Brunswick, NJ 08902-3151 |
| 519694037 | + | MissionIntab, Po Box 105286, Atlanta, GA 30348-5286 |
| 519694041 | + | RocketMortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519708675 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 17 2022 20:43:00 | Bridgecrest, 7300 E. Hampton Ave #101, Mesa, AZ 85209-3324 |
| 519696885 | + | EDI: AISACG.COM | Nov 18 2022 01:38:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519694032 | + | EDI: CAPITALONE.COM | Nov 18 2022 01:38:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519726843 | + | EDI: AISACG.COM | Nov 18 2022 01:38:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 519726558 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2022 20:48:21 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519694033 | + | EDI: IRS.COM | Nov 18 2022 01:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519734400 | | EDI: JEFFERSONCAP.COM | Nov 18 2022 01:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519694039 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2022 20:48:09 | Ollo/tbom, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519755984 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 17 2022 20:43:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519694040 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 17 2022 20:43:00 | Rocket Mtg, 1050 Woodward Ave, Detroit, MI 48226-3573 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519694038 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 17 2022 20:43:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 519696156 | + | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519697076 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 17 2022 20:43:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 519694042 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 17 2022 20:43:00 | Usdoe/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 519740996 | | EDI: WFFC2 | Nov 18 2022 01:38:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519694043 | + | EDI: WFFC2 | Nov 18 2022 01:38:00 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 519694044 | + | EDI: WFFC2 | Nov 18 2022 01:38:00 | Wf/fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519694045 | | Wf/home Pr |
| 519694034 | ##+ | KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Dhaval Y. Purohit bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

Warren Brumel on behalf of Creditor Mira D. Purohit wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 5