| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>f/k/a Quicken Loans Inc. | **Order Filed on November 22, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Dhaval Y. Purohit,<br><br>Debtor. | Case No.: 22-16869 CMG<br>Adv. No.:<br>Hearing Date: 10/19/22 @ 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

# ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 22, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors:     Dhaval Y. Purohit
Case No.:    22-16869 CMG
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., holder of a mortgage on real property located at 1 Mink Run Ct, North Brunswick, NJ, 08902, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and George E. Veitengruber, Esquire, attorney for Debtor, Dhaval Y. Purohit, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the property located at 1 Mink Run Ct, North Brunswick, NJ, 08902 is surrendered in the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that upon confirmation of the plan the stay is terminated under 11 U.S.C. 362 (a) as to the subject property and the stay under 11 U.S.C. 1301 is terminated in all respects; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.