UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC
f/k/a Quicken Loans Inc.



**Order Filed on November 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.:  22-16869 CMG |
|---|---|
| | Adv. No.: |
| Dhaval Y. Purohit, | Hearing Date:  10/19/22 @ 10:00 a.m. |
| | |
| Debtor. | Judge:  Christine M. Gravelle |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: November 22, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors:          Dhaval Y. Purohit
Case No.:         22-16869 CMG
Caption:          **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                  DEBTOR'S CHAPTER 13 PLAN**

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., holder of a mortgage on real property located at 1 Mink Run Ct, North Brunswick, NJ, 08902, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and George E. Veitengruber, Esquire, attorney for Debtor, Dhaval Y. Purohit, and for good cause having been shown;

   It **ORDERED, ADJUDGED and DECREED** that the property located at 1 Mink Run Ct, North Brunswick, NJ, 08902 is surrendered in the plan; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that upon confirmation of the plan the stay is terminated under 11 U.S.C. 362 (a) as to the subject property and the stay under 11 U.S.C. 1301 is terminated in all respects; and

   It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:

Dhaval Y. Purohit

Debtor

Case No. 22-16869-CMG

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                      Page 1 of 1

Date Rcvd: Nov 22, 2022                    Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

**Recip ID**              **Recipient Name and Address**
db                   +    Dhaval Y. Purohit, 1703 Azalea Drive, North Brunswick, NJ 08902-5550

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Dhaval Y. Purohit bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Creditor Mira D. Purohit wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 5